JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY AS SUBROGEE OF YOLANDA C. ARJONA-ROBLES,<br><br>Plaintiff,<br><br>v.<br><br>ADRIANA ADAMS and UNITED STATES POSTAL SERVICE, and DOES 1-10<br><br>Defendants. | Case No. 2:23-cv-00401-RFB-DJA<br><br>**Stipulation and Order to Extend Time for Plaintiffs to File an Opposition to the Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction**<br>**(First Request)** |

Plaintiffs and Defendants through undersigned counsel, hereby submit this stipulation to extend the date for Plaintiffs to file an opposition to Defendants Motion to Dismiss the Plaintiffs' Complaint for Lack of Subject Matter Jurisdiction (ECF No. 2).

The current deadline for the Plaintiffs to file an opposition is March 28, 2023.

The parties, through undersigned counsel, stipulate and request that the Court approve a three-weeks extension of time, from March 28, 2023, to April 18, 2023, for the Plaintiffs to file an opposition to the Defendants' Motion to Dismiss. This is the first request for an extension of time.

Therefore, the parties request that the Court extend the deadline for the Plaintiffs to file an opposition to April 18, 2023.

///

///

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 27th day of March 2023.

| | |
|---|---|
| ANDERTON & ASSOCIATES<br><br>/s/ *KA E. G*<br>KENNETH E. GOATES<br>Nevada Bar Number 8087<br>730 Las Vegas Blvd. S., Ste. 104<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff* | JASON M. FRIERSON<br>United States Attorney<br><br>*/s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>Nevada Bar Number 12504<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br>*Attorney for Defendants* |

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 28th day of March, 2023.

2