1  Kenneth E. Goates
   Nevada Bar No. 008087
2  Anderton & Associates
   Mail To: 2875 W. Ray Rd. Ste.6 #427, Chandler, AZ  85224
3  Physical: Mail to:
   2875 W Ray Rd, Suite 6 #427, Chandler, AZ  85224
4  Phone:  (702) 358-1976
   kenneth.goates@allstate.com
5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT NEVADA

| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY AS SUBROGEE OF YOLANDA C. ARJONA-ROBLES, | Case No.   2:23-cv-00401 |
|---|---|
| Plaintiff, | |
| vs. | |
| ADRIANA ADAMS and UNITED STATES POSTAL SERVICE, | |
| Defendants. | |

**<u>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY AS SUBROGEE OF YOLANDA C. ARJONA-ROBLES, and Defendants, ADRIANA ADAMS and UNITED STATES POSTAL SERVICE, by and through their respective undersigned counsel of record, the above-captioned and numbered matter may be dismissed with prejudice in its entirety, all parties to bear their own

. . .

. . .

. . .

. . .

1

attorneys' fees and costs.

DATED this __5__ day of April, 2023.           DATED this __5__ day of April, 2023

ANDERTON & ASSOCIATES                          UNITED STATES ATTORNEY

BY  _____                 BY  /s/ Virginia T. Tomova
   Kenneth E. Goates                              Virginia T. Tomova
   Nevada Bar No. 008087                          Nevada Bar No. 12504
   Mail To: 2875 W. Ray Rd. Ste.6 #427,           501 Las Vegas Blvd. South #1100
   Chandler, AZ 85224                             Las Vegas NV 89101
   Attorney for Plaintiff                         Attorney for Defendants

## **O R D E R**

Pursuant to the foregoing Stipulation and good cause showing therefor;

IT IS ORDERED that the above-captioned and numbered matter be, and the same is hereby dismissed with prejudice in its entirety, all parties to bear their own attorneys' fees and costs.

DATED this __18th__ day of April, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

*Submitted By:*

ANDERTON & ASSOCIATES

By: _____
   Kenneth E. Goates, Esq.
   Nevada Bar No. 008087
   Mail To: 2875 W. Ray Rd. Ste.6 #427
   Chandler, AZ 85224
   Attorney for Plaintiff

2